UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| SHIRLEY F. DIXON | ) | No. 15-81827 |
| | ) | |
| | ) | |
| Debtors. | ) | Judge Thomas M. Lynch |

CERTIFICATE OF MAILING

    I, the undersigned, on oath state that on November 22, 2016, I personally mailed the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the persons listed below.

Crusader Clinic
1200 W. State Street
Rockford, IL 61102

Midland Credit Management, Inc.
Midland Funding, LLC
Box 2011
Warren, MI 48090

Grant Park Auto Sales, Inc.
908 Broadway
Rockford, IL 61104

SFC Central Bankruptcy
Box 1893
Spartanburg, SC 29304

VIA ECF Filing
Mary Jensen, Esq.
United States Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715

Blue Cross Blue Shield of IL
3405 Liberty Drive
Springfield, IL 62704

Rockford Health Physicians
2300 N. Rockton Ave
Rockford, IL 61103

Shirley F. Dixon
3224 Hanover Drive
Rockford, IL 61101-2730

Jeffry A. Dahlberg, Esq.
Balsley and Dahlberg
5130 N. Second Street
Loves Park, IL 61111-5002

/s/ Katherine M. Elliott

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 FAX
heeg@egblc.com

\\EGBLC2\TMDocs\3\150756\PLED\NFR certificate of service1601.docx