# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: DIXON, SHIRLEY F § Case No. 15-81827
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,910.00    Assets Exempt: $16,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $38,302.90    Claims Discharged
Without Payment: $56,485.95

Total Expenses of Administration: $46,697.10

3) Total gross receipts of $ 100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $85,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $16,150.00 | $16,150.00 | $16,150.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 46,697.10 | 46,697.10 | 46,697.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,316.45 | 48,322.66 | 32,560.66 | 22,152.90 |
| **TOTAL DISBURSEMENTS** | $60,316.45 | $111,169.76 | $95,407.76 | $85,000.00 |

4) This case was originally filed under Chapter 7 on July 15, 2015. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/16/2017           By: /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential Personal Injury with Attorney Crosby | 1142-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Shirley F. Dixon | Debtor's exemption portion per court Order dated 2/17/16 | 8100-002 | 11,476.44 |
| Shirley F. Dixon | Debtor's remaining personal injury exemption per court order dated 9/14/16 | 8100-002 | 3,523.56 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Attorney Thomas Luchetti | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Attorney George P. Hampilos Hampilos & Langley, Ltd. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| | Law Office of Crosby & Associates, P.C. | 4220-000 | N/A | 1,150.00 | 1,150.00 | 1,150.00 |
| | Law office of Crosby & Associates | 4220-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| | Law office of Crosby & Associates | 4220-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$16,150.00** | **$16,150.00** | **$16,150.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| MEGAN G. HEEG | 2200-000 | N/A | 5.68 | 5.68 | 5.68 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 4,510.00 | 4,510.00 | 4,510.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 196.22 | 196.22 | 196.22 |
| Law Office of Crosby & Associates, P.C. | 3210-600 | N/A | 6,666.67 | 6,666.67 | 6,666.67 |
| Law Office of Crosby & Associates, P.C. | 3220-610 | N/A | 706.89 | 706.89 | 706.89 |
| Law office of Crosby & Associates | 3220-610 | N/A | 445.00 | 445.00 | 445.00 |
| Law office of Crosby & Associates | 3210-600 | N/A | 26,666.64 | 26,666.64 | 26,666.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $46,697.10 | $46,697.10 | $46,697.10 |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Crusader Clinic | 7100-000 | 177.77 | 137.00 | 137.00 | 137.00 |
| 2 | Midland Credit Management, Inc. as agent for | 7100-000 | N/A | 934.39 | 934.39 | 934.39 |
| 3 | Grant Park Auto Sales, Inc. | 7100-000 | N/A | 5,762.00 | 0.00 | 0.00 |
| 3 -2 | Grant Park Auto Sales, Inc. | 7100-000 | 3,599.00 | 5,762.00 | 5,762.00 | 5,762.00 |
| 4 | SFC Central Bankruptcy | 7200-000 | 335.00 | 330.00 | 330.00 | 196.50 |
| 5 | Blue Cross Blue Shield of Illinois | 7200-000 | N/A | 30,118.45 | 20,118.45 | 11,979.69 |
| 6 | Rockford Health Physicians | 7200-000 | 10,126.49 | 5,278.82 | 5,278.82 | 3,143.32 |
| NOTFILED | Mutual Management Services Inc c/o Attorney James C. | 7100-000 | 1,603.67 | N/A | N/A | 0.00 |
| NOTFILED | VATIV Recovery Solutions LLC d/b/a SMC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Omnicare | 7100-000 | 333.05 | N/A | N/A | 0.00 |
| NOTFILED | Palisades Collection LLC | 7100-000 | 533.06 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 1,987.00 | N/A | N/A | 0.00 |
| NOTFILED | FRONTLINE RECOVERY GROUP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 1,019.12 | N/A | N/A | 0.00 |
| NOTFILED | PayDay One | 7100-000 | 862.52 | N/A | N/A | 0.00 |
| NOTFILED | McCauley & Associates Co. | 7100-000 | 1,134.25 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management Services Inc | 7100-000 | 1,254.75 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Title Loans | 7100-000 | 4,121.76 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Systems Anesthesiology Services | 7100-000 | 81.81 | N/A | N/A | 0.00 |
| NOTFILED | Tate & Kirlin Associates | 7100-000 | 589.56 | N/A | N/A | 0.00 |
| NOTFILED | East Bay Finding, LLC c/o Resurgent Capital Solutions | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tribute Card Service | 7100-000 | 1,018.44 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 75.45 | N/A | N/A | 0.00 |
| NOTFILED | MIDLAND CREDIT MANAGEMENT | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Royce Financial | 7100-000 | 322.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Gastroenterology Assoc | 7100-000 | 340.83 | N/A | N/A | 0.00 |
| NOTFILED | Primesource of Ohio | 7100-000 | 441.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 354.93 | N/A | N/A | 0.00 |
| NOTFILED | PennCredit | 7100-000 | 60.28 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile Agency Inc | 7100-000 | 841.51 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | East Side Lenders | 7100-000 | 415.00 | N/A | N/A | 0.00 |
| NOTFILED | ALL CREDIT LENDERS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Amberwood Care Center | 7100-000 | 9,981.28 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 1,793.30 | N/A | N/A | 0.00 |
| NOTFILED | All Credit Lenders | 7100-000 | 3,419.10 | N/A | N/A | 0.00 |
| NOTFILED | Affordable Cash Advance c/o Attorney D. Richard Haime | 7100-000 | 4,447.09 | N/A | N/A | 0.00 |
| NOTFILED | First National Credit Card | 7100-000 | 532.22 | N/A | N/A | 0.00 |
| NOTFILED | Ameriloan | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Aspire Visa Card Services | 7100-000 | 507.47 | N/A | N/A | 0.00 |
| NOTFILED | Fiat Financial Money Center | 7100-000 | 1,411.15 | N/A | N/A | 0.00 |
| NOTFILED | Elite Recovery Services | 7100-000 | 1,035.25 | N/A | N/A | 0.00 |
| NOTFILED | Cash Loan Store | 7100-000 | 435.57 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection Service | 7100-000 | 3,970.65 | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Capital Systems LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Catherine's c/o Comenity BK Dept fka WFNNB | 7100-000 | 265.56 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cortrust Bank | 7100-000 | 589.56 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $60,316.45 | $48,322.66 | $32,560.66 | $22,152.90 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-81827  
**Case Name:** DIXON, SHIRLEY F

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/15/15 (f)  
**§341(a) Meeting Date:** 08/20/15

**Period Ending:** 02/16/17

**Claims Bar Date:** 02/08/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Associated Bank/Checking<br>Imported from original petition Doc# 1 | 210.00 | 0.00 | | 0.00 | FA |
| 2 | Misc. household goods and furnishings<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing and personal items<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 4 | 2006 Ford 500 (Does Not Run)<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Potential Personal Injury with Attorney Crosby<br>Imported from original petition Doc# 1 | Unknown | 68,850.00 | | 100,000.00 | FA |
| **5** | **Assets**    **Totals** (Excluding unknown values) | **$1,910.00** | **$68,850.00** | | **$100,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 30, 2016    **Current Projected Date Of Final Report (TFR):**    November 10, 2016  (Actual)

Printed: 02/16/2017 02:06 PM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-81827 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | DIXON, SHIRLEY F | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8566 - Checking Account |
| Taxpayer ID #: | **-***5769 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/16/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/14/16 | | Law Office of Crosby & Associates, P.C. | Gross personal injury settlement proceeds | | | 11,476.44 | | 11,476.44 |
| | {5} | | Settlement | 20,000.00 | 1142-000 | | | 11,476.44 |
| | | | Attorneys Fees The Crosby Law Firm | -6,666.67 | 3210-600 | | | 11,476.44 |
| | | | Special Counsel Expenses | -706.89 | 3220-610 | | | 11,476.44 |
| | | | Lien paid Rockford Orthopedic Assoc. | -1,150.00 | 4220-000 | | | 11,476.44 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 11,466.44 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.89 | 11,450.55 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.87 | 11,434.68 |
| 06/08/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | | 2600-000 | | -41.76 | 11,476.44 |
| 06/30/16 | 101 | Shirley F. Dixon | Debtor's exemption portion per court Order dated 2/17/16 | | 8100-002 | | 11,476.44 | 0.00 |
| 10/28/16 | | Law office of Crosby & Associates | personal injury settlement proceeds | | | 37,888.36 | | 37,888.36 |
| | {5} | | gross settlement proceeds pursuant to 9/14/16 Order | 80,000.00 | 1142-000 | | | 37,888.36 |
| | | | special counsel expenses | -445.00 | 3220-610 | | | 37,888.36 |
| | | | special counsel fees | -26,666.64 | 3210-600 | | | 37,888.36 |
| | | | Blue Cross lien | -10,000.00 | 4220-000 | | | 37,888.36 |
| | | | State Farm LIen | -5,000.00 | 4220-000 | | | 37,888.36 |
| 11/02/16 | 102 | Shirley F. Dixon | Debtor's remaining personal injury exemption per court order dated 9/14/16 | | 8100-002 | | 3,523.56 | 34,364.80 |
| 12/28/16 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $4,510.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 4,510.00 | 29,854.80 |
| 12/28/16 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $196.22, Attorney for Trustee Expenses (Trustee Firm); Reference: | | 3120-000 | | 196.22 | 29,658.58 |
| 12/28/16 | 105 | Crusader Clinic | Dividend paid 100.00% on $137.00; Claim# 1; Filed: $137.00; Reference: | | 7100-000 | | 137.00 | 29,521.58 |
| 12/28/16 | 106 | Midland Credit Management, Inc. as agent for | Dividend paid 100.00% on $934.39; Claim# 2; Filed: $934.39; Reference: | | 7100-000 | | 934.39 | 28,587.19 |
| 12/28/16 | 107 | Grant Park Auto Sales, Inc. | Dividend paid 100.00% on $5,762.00; Claim# 3 -2; Filed: $5,762.00; Reference: | | 7100-000 | | 5,762.00 | 22,825.19 |

Subtotals :   $49,364.80   $26,539.61

{} Asset reference(s)

Printed: 02/16/2017 02:06 PM   V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-81827  
**Case Name:** DIXON, SHIRLEY F  

**Taxpayer ID #:** **-***5769  
**Period Ending:** 02/16/17

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/16 | 108 | SFC Central Bankruptcy | Dividend paid 59.54% on $330.00; Claim# 4; Filed: $330.00; Reference: | 7200-000 | | 196.50 | 22,628.69 |
| 12/28/16 | 109 | Blue Cross Blue Shield of Illinois | Dividend paid 59.54% on $20,118.45; Claim# 5; Filed: $30,118.45; Reference: | 7200-000 | | 11,979.69 | 10,649.00 |
| 12/28/16 | 110 | Rockford Health Physicians | Dividend paid 59.54% on $5,278.82; Claim# 6; Filed: $5,278.82; Reference: | 7200-000 | | 3,143.32 | 7,505.68 |
| 12/28/16 | 111 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 7,505.68 | 0.00 |
| | | | Dividend paid 100.00%   7,500.00<br>on $7,500.00; Claim# ;<br>Filed: $7,500.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   5.68<br>on $5.68; Claim# ; Filed:<br>$5.68 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 49,364.80 | 49,364.80 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 49,364.80 | 49,364.80 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$49,364.80** | **$34,364.80** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8566** | 49,364.80 | 34,364.80 | 0.00 |
| | **$49,364.80** | **$34,364.80** | **$0.00** |

{} Asset reference(s)                                                                                           Printed: 02/16/2017 02:06 PM    V.13.28