# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| SHIRLEY F. DIXON | § | Case No. 15-81827 |
| | § | |
| Debtor | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/15/2015 . The undersigned trustee was appointed on 08/08/2018 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 105,073.88 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 46,697.10 |
| Bank service fees | | 10.00 |
| Other payments to creditors | | 38,302.90 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 5,063.88 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/08/2016 and the deadline for filing governmental claims was 02/08/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,693.87 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 250.00 , for a total compensation of $ 250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $    , and now requests reimbursement for expenses of $ 0.00

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/15/2018         By:/s/BERNARD J. NATALE, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

5

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-81827 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | DIXON, SHIRLEY F. | | | | Date Filed (f) or Converted (c): | 07/15/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/20/2015 |
| For Period Ending: | 10/15/2018 | | | | Claims Bar Date: | 02/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Associated Bank/Checking | 210.00 | 0.00 | | 0.00 | FA |
| 2. Misc. household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Clothing and personal items | 400.00 | 0.00 | | 0.00 | FA |
| 4. 2006 Ford 500 (Does Not Run) | 300.00 | 0.00 | | 0.00 | FA |
| 5. Potential Personal Injury with Attorney Crosby | Unknown | 68,850.00 | | 105,073.88 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,910.00  $68,850.00  $105,073.88  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2018   Current Projected Date of Final Report (TFR): 12/31/2018

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-81827 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: DIXON, SHIRLEY F. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9036 |
| | Checking |
| Taxpayer ID No: XX-XXX5769 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/20/18 | 5 | Crosby & Associates PC Iolta Account 475 Executive Parkway Rockford, IL 61107-6629 | Personal Injury Balance of funds being held in escrow by Attorney Crosby | 1142-000 | $5,073.88 | | $5,073.88 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,063.88 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $5,073.88 | $10.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,073.88 | $10.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,073.88 | $10.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*            Page Subtotals:            $5,073.88            $10.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-81827 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: DIXON, SHIRLEY F. | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX8566 |
| | Checking |
| Taxpayer ID No: XX-XXX5769 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/14/16 | | Law Office of Crosby & Associates, P.C. 475 Executive Parkway Rockford, IL 61107-6629 | Gross personal injury settlement proceeds | | $11,476.44 | | $11,476.44 |
| | | | Gross Receipts　$11,476.44 | | | | |
| | | Attorneys Fees The Crosby Law Firm | Attorneys Fees The Crosby Law Firm　($6,666.67) | 3210-000 | | | |
| | | Attorneys Fees The Crosby Law Firm | Attorneys Fees The Crosby Law Firm　($706.89) | 3220-000 | | | |
| | | Lien paid Rockford | Lien paid Rockford　($1,150.00) | 4220-000 | | | |
| | 5 | | Potential Personal Injury with Attorney Crosby　$20,000.00 | 1142-000 | | | |
| 03/14/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $10.00 | $11,466.44 |
| 03/31/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $15.89 | $11,450.55 |
| 05/31/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $15.87 | $11,434.68 |
| 06/08/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee Adjustment | 2600-000 | | ($41.76) | $11,476.44 |
| 06/30/16 | 105 | Shirley F. Dixon | Debtor's exemption portion per court Order dated 2/17/16 | 8100-002 | | $11,476.44 | $0.00 |
| 10/28/16 | | Law office of Crosby & Associates | personal injury settlement proceeds | | $37,888.36 | | $37,888.36 |
| | | | Gross Receipts　$37,888.36 | | | | |
| | | special counsel | special counsel　($445.00) | 3220-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $49,364.80 | $11,476.44 |
|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-81827 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | DIXON, SHIRLEY F. | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX8566 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5769 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 10/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | special counsel fees | special counsel fees ($26,666.64) | 3210-000 | | | |
| | | Blue Cross lien | Blue Cross lien ($10,000.00) | 4220-000 | | | |
| | | State Farm LIen | State Farm LIen ($5,000.00) | 4220-000 | | | |
| | 5 | | Potential Personal Injury with Attorney Crosby $80,000.00 | 1142-000 | | | |
| 11/02/16 | 110 | Shirley F. Dixon | Debtor's remaining personal injury exemption per court order dated 9/14/16 | 8100-002 | | $3,523.56 | $34,364.80 |
| 12/28/16 | 111 | Ehrmann Gehlbach Badger Lee & Considine, LLC 215 E. First Street Dixon, IL 61021 | Dividend paid 100.00% on $4,510.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | $4,510.00 | $29,854.80 |
| 12/28/16 | 112 | Ehrmann Gehlbach Badger Lee & Considine, LLC 215 E. First Street Dixon, IL 61021 | Dividend paid 100.00% on $196.22, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | $196.22 | $29,658.58 |
| 12/28/16 | 113 | Crusader Clinic 1200 West State Street Rockford, IL 61102 | Dividend paid 100.00% on $137.00; Claim# 1; Filed: $137.00; Reference: | 7100-000 | | $137.00 | $29,521.58 |
| 12/28/16 | 114 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC PO Box 2011 Warren, MI 48090 | Dividend paid 100.00% on $934.39; Claim# 2; Filed: $934.39; Reference: | 7100-000 | | $934.39 | $28,587.19 |
| 12/28/16 | 115 | Grant Park Auto Sales, Inc. 908 Broadway Rockford, IL 61104 | Dividend paid 100.00% on $5,762.00; Claim# 3 -2; Filed: $5,762.00; Reference: | 7100-000 | | $5,762.00 | $22,825.19 |
| 12/28/16 | 116 | SFC Central Bankruptcy PO Box 1893 Spartanburg, SC 29304 | Dividend paid 59.54% on $330.00; Claim# 4; Filed: $330.00; Reference: | 7200-000 | | $196.50 | $22,628.69 |
| 12/28/16 | 117 | Blue Cross Blue Shield of Illinois 3405 Liberty Drive Springfield, IL 62704 | Dividend paid 59.54% on $20,118.45; Claim# 5; Filed: $30,118.45; Reference: | 7200-000 | | $11,979.69 | $10,649.00 |
| 12/28/16 | 118 | Rockford Health Physicians 2300 N Rockton, Ave Rockford, IL 61103 | Dividend paid 59.54% on $5,278.82; Claim# 6; Filed: $5,278.82; Reference: | 7200-000 | | $3,143.32 | $7,505.68 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Page Subtotals: $0.00  $30,382.68

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-81827 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: DIXON, SHIRLEY F. | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX8566 |
| | Checking |
| Taxpayer ID No: XX-XXX5769 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/16 | 119 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | $7,505.68 | $0.00 |
| | | Heeg, Megan S | Dividend paid 100.00% on $5,686.78; Claim# ;Filed: $5,686.78 ($7,500.00) | 2100-000 | | | |
| | | Heeg, Megan S | Dividend paid 100.00% on $130.97; Claim# ;Filed: $130.97 ($5.68) | 2200-000 | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $100,000.00 | $100,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $100,000.00 | $100,000.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $100,000.00 | $85,000.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8566 - Checking | $100,000.00 | $85,000.00 | $0.00 |
| XXXXXX9036 - Checking | $5,073.88 | $10.00 | $5,063.88 |
|  | $105,073.88 | $85,010.00 | $5,063.88 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $105,073.88 |
| Total Gross Receipts: | $105,073.88 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-81827  
Debtor Name: DIXON, SHIRLEY F.  
Claims Bar Date: 2/8/2016  

Date: October 15, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Megan S Heeg<br>P.O. Box 447<br>Dixon, IL 61021 | Administrative | | $0.00 | $7,500.00 | $7,500.00 |
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107<br>natalelaw@bjnatalelaw.com | Administrative | | $0.00 | $250.00 | $250.00 |
| 100 2200 | Megan S Heeg<br>P.O. Box 447<br>Dixon, IL 61021 | Administrative | | $0.00 | $5.68 | $5.68 |
| 100 3110 | Ehrmann Gehlbach Badger Lee & Considine<br>215 E. First Street<br>Dixon, IL 61021 | Administrative | | $0.00 | $4,510.00 | $4,510.00 |
| 100 3120 | Ehrmann Gehlbach Badger Lee & Considine<br>215 E. First Street<br>Dixon, IL 61021 | Administrative | | $0.00 | $196.22 | $196.22 |
| 1 300 7100 | Crusader Clinic<br>1200 West State Street<br>Rockford, Il 61102 | Unsecured | | $0.00 | $137.00 | $137.00 |
| 2 300 7100 | Midland Credit Management Inc.<br>as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | | $0.00 | $934.39 | $934.39 |
| 3 300 7100 | Grant Park Auto Sales, Inc.<br>908 Broadway<br>Rockford, Il 61104 | Unsecured | | $0.00 | $5,762.00 | $0.00 |
| 3-2 300 7100 | Grant Park Auto Sales, Inc.<br>908 Broadway<br>Rockford, Il 61104 | Unsecured | | $3,599.00 | $5,762.00 | $5,762.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-81827  
Debtor Name: DIXON, SHIRLEY F.  
Claims Bar Date: 2/8/2016

Date: October 15, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 350 7200 | SFC Central Bankruptcy PO Box 1893 Spartanburg, SC 29304 | Unsecured | | $0.00 | $330.00 | $330.00 |
| 5 350 7200 | Blue Cross Blue Shield Of Illinois 3405 Liberty Drive Springfield, Il 62704 | Unsecured | | $0.00 | $20,118.45 | $20,118.45 |
| 6 350 7200 | Rockford Health Physicians 2300 N. Rockton Avenue Rockford, IL 61103 | Unsecured | | $0.00 | $5,278.82 | $5,278.82 |
| | Case Totals | | | $3,599.00 | $50,784.56 | $45,022.56 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-81827
Case Name: DIXON, SHIRLEY F.
Trustee Name: BERNARD J. NATALE, TRUSTEE

Balance on hand $ 5,063.88

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 250.00 | $ 0.00 | $ 250.00 |
| Trustee Expenses: BERNARD J. NATALE | $ | $ | $ 0.00 |
| Attorney for Trustee Fees: Ehrmann Gehlbach Badger Lee & Considine | $ 4,510.00 | $ 4,510.00 | $ 0.00 |
| Attorney for Trustee Expenses: Ehrmann Gehlbach Badger Lee & Considine | $ 196.22 | $ 196.22 | $ 0.00 |
| Other: Megan S Heeg | $ 7,500.00 | $ 7,500.00 | $ 0.00 |
| Other: Megan S Heeg | $ 5.68 | $ 5.68 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 250.00
Remaining Balance $ 4,813.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,833.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Crusader Clinic | $ 137.00 | $ 137.00 | $ 0.00 |
| 2 | Midland Credit Management Inc. | $ 934.39 | $ 934.39 | $ 0.00 |
| 3 | Grant Park Auto Sales, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 3-2 | Grant Park Auto Sales, Inc. | $ 5,762.00 | $ 5,762.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 4,813.88 |

Tardily filed claims of general (unsecured) creditors totaling $ 25,727.27 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 78.3 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | SFC Central Bankruptcy | $ 330.00 | $ 196.50 | $ 61.75 |
| 5 | Blue Cross Blue Shield Of Illinois | $ 20,118.45 | $ 11,979.69 | $ 3,764.41 |
| 6 | Rockford Health Physicians | $ 5,278.82 | $ 3,143.32 | $ 987.72 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 4,813.88 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE