**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| SHIRLEY F. DIXON | § | Case No. 15-81827 |
| | § | |
| Debtor | § | |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    United States Bankruptcy Court
    Northern District of Illinois
    Western Division
    327 S. Church Street, Room 1100
    Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 11/21/2018 in Courtroom 3100,

    United States Bankruptcy Court
    327 S Church Street
    Rockford IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/01/2018        By: /S/ BERNARD J. NATALE
                                                           TRUSTEE

*BERNARD J. NATALE, TRUSTEE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In Re: §
§
§
DIXON, SHIRLEY F. § Case No. 15-81827
§
Debtor §

SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 105,073.88 |
| and approved disbursements of | $ | 100,010.00 |
| leaving a balance on hand of[1] | $ | 5,063.88 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 250.00 | $ 0.00 | $ 250.00 |
| Trustee Expenses: BERNARD J. NATALE | $ | $ | $ 0.00 |
| Attorney for Trustee Fees: Ehrmann Gehlbach Badger Lee & Considine | $ 4,510.00 | $ 4,510.00 | $ 0.00 |
| Attorney for Trustee Expenses: Ehrmann Gehlbach Badger Lee & Considine | $ 196.22 | $ 196.22 | $ 0.00 |
| Other: Megan S Heeg | $ 7,500.00 | $ 7,500.00 | $ 0.00 |
| Other: Megan S Heeg | $ | $ | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 250.00 |
| Remaining Balance | $ 4,813.88 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,833.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Crusader Clinic | $ 137.00 | $ 137.00 | $ 0.00 |
| 2 | Midland Credit Management Inc. | $ 934.39 | $ 934.39 | $ 0.00 |
| 3 | Grant Park Auto Sales, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 3-2 | Grant Park Auto Sales, Inc. | $ 5,762.00 | $ 5,762.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 4,813.88 |

Tardily filed claims of general (unsecured) creditors totaling $ 25,727.27 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 78.3 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | SFC Central Bankruptcy | $ 330.00 | $ 196.50 | $ 61.75 |
| 5 | Blue Cross Blue Shield Of Illinois | $ 20,118.45 | $ 11,979.69 | $ 3,764.41 |
| 6 | Rockford Health Physicians | $ 5,278.82 | $ 3,143.32 | $ 987.72 |

Total to be paid to tardy general unsecured creditors      $    4,813.88

Remaining Balance                                          $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /S/ BERNARD J. NATALE
                         TRUSTEE

*BERNARD J. NATALE, TRUSTEE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**CASE NO: 15-81827**
**CASE NAME: SHIRLEY F. DIXON**

### PROOF OF SERVICE

STATE OF ILLINOIS            )
                             ) SS
COUNTY OF WINNEBAGO          )

      The undersigned, being first duly sworn on oath deposes and states that she served the attached **Notice of Trustee's Amended Final Report and Applications for Compensation** sending a true and correct copy of said via U S Mail, E-mail, or ECF, as per attached:

      SEE ATTACHED MATRIX (ALL ECF NOTICE WILL BE MADE TO ALL PARTIES LISTED WITH THE U S CLERK'S OFFICE FOR ECF NOTICE.)

      That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 1st day of November, 2018.

                                            /s/ Mary Jane D'Angelo

SUBSCRIBED and SWORN to before me
the 1st day of November.
/s/   Denise M Bennett
Notary Public

My commission expires July 15, 2022

| | | |
|---|---|---|
| SFC Central Bankruptcy<br>P O Box 1893<br>Spartanburg SC 29304 | Blue Cross Blue Shield of Illinois<br>3405 Liberty Drive<br>Springfield IL 62704 | Rockford Health Physicians<br>Mercy Health<br>2300 N Rockton Avenue<br>Rockford IL 61103 |
| Shirley F. Dixon<br>3224 Hanover Dr<br>Rockford IL 61101 | Attorney Jeffry Dahlberg<br>Balsley & Dahlberg<br>5130 N 2nd Street<br>Loves Park IL 61111 | Crosby Law Office |

Case 15-81827    Doc 43    Filed 11/01/18    Entered 11/01/18 18:15:29    Desc Main
                    Document      Page 7 of 7