# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DIXON, SHIRLEY F. | § | Case No. 15-81827 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,910.00                          Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  43,116.78        Claims Discharged
                                                    Without Payment:  65,910.33

Total Expenses of Administration:  46,957.10

---

3) Total gross receipts of $ 105,073.88  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 90,073.88  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,599.00 | $ 16,150.00 | $ 16,150.00 | $ 16,150.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 46,957.10 | 46,957.10 | 46,957.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,316.45 | 38,322.66 | 32,560.66 | 26,966.78 |
| **TOTAL DISBURSEMENTS** | $ 63,915.45 | $ 101,429.76 | $ 95,667.76 | $ 90,073.88 |

4)  This case was originally filed under chapter 7 on 07/15/2015 . The case was pending for 44 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/20/2019                        By:/s/BERNARD J. NATALE, TRUSTEE
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential Personal Injury with Attorney Crosby | 1142-000 | 105,073.88 |
| **TOTAL GROSS RECEIPTS** | | **$105,073.88** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Shirley F. Dixon | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attorney George P. Hampilos Hampilos & Langley, Ltd. | | 0.00 | NA | NA | 0.00 |
| | Attorney Thomas Luchetti | | 0.00 | NA | NA | 0.00 |
| | Grant Park Auto Sales | | 3,599.00 | NA | NA | 0.00 |
| | Blue Cross lien | 4220-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lien paid Rockford | 4220-000 | NA | 1,150.00 | 1,150.00 | 1,150.00 |
| | State Farm LIen | 4220-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| TOTAL SECURED CLAIMS | | | $ 3,599.00 | $ 16,150.00 | $ 16,150.00 | $ 16,150.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE LTD | 2100-000 | NA | 250.00 | 250.00 | 250.00 |
| Megan S Heeg | 2100-000 | NA | 7,500.00 | 7,500.00 | 7,500.00 |
| Megan S Heeg | 2200-000 | NA | 5.68 | 5.68 | 5.68 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | NA | 0.00 | 0.00 | 0.00 |
| Ehrmann Gehlbach Badger Lee & Considine | 3110-000 | NA | 4,510.00 | 4,510.00 | 4,510.00 |
| Ehrmann Gehlbach Badger Lee & Considine | 3120-000 | NA | 196.22 | 196.22 | 196.22 |
| Attorneys Fees The Crosby Law Firm | 3210-000 | NA | 6,666.67 | 6,666.67 | 6,666.67 |
| special counsel fees | 3210-000 | NA | 26,666.64 | 26,666.64 | 26,666.64 |
| Attorneys Fees The Crosby Law Firm | 3220-000 | NA | 706.89 | 706.89 | 706.89 |
| special counsel | 3220-000 | NA | 445.00 | 445.00 | 445.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 46,957.10 | $ 46,957.10 | $ 46,957.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Affordable Cash Advance c/o Attorney D. Richard Haime | | 4,447.09 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALL CREDIT LENDERS | | 0.00 | NA | NA | 0.00 |
| | All Credit Lenders | | 3,419.10 | NA | NA | 0.00 |
| | Allied Business Accounts | | 1,793.30 | NA | NA | 0.00 |
| | Amberwood Care Center | | 9,981.28 | NA | NA | 0.00 |
| | Ameriloan | | 300.00 | NA | NA | 0.00 |
| | Aspire Visa Card Services | | 507.47 | NA | NA | 0.00 |
| | Asset Acceptance LLC | | 0.00 | NA | NA | 0.00 |
| | Cash Loan Store | | 435.57 | NA | NA | 0.00 |
| | Catherine's c/o Comenity BK Dept fka WFNNB | | 265.56 | NA | NA | 0.00 |
| | Cortrust Bank | | 589.56 | NA | NA | 0.00 |
| | Creditors Protection Service | | 3,970.65 | NA | NA | 0.00 |
| | Crusader Clinic | | 177.77 | NA | NA | 0.00 |
| | East Bay Finding, LLC c/o Resurgent Capital Solutions | | 0.00 | NA | NA | 0.00 |
| | East Side Lenders | | 415.00 | NA | NA | 0.00 |
| | Elite Recovery Services | | 1,035.25 | NA | NA | 0.00 |
| | Fiat Financial Money Center | | 1,411.15 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Credit Card | | 532.22 | NA | NA | 0.00 |
| | First Premier Bank | | 354.93 | NA | NA | 0.00 |
| | FRONTLINE RECOVERY GROUP | | 0.00 | NA | NA | 0.00 |
| | HSBC Card Services | | 1,019.12 | NA | NA | 0.00 |
| | Jefferson Capital Systems LLC | | 0.00 | NA | NA | 0.00 |
| | McCauley & Associates Co. | | 1,134.25 | NA | NA | 0.00 |
| | Midland Credit Management | | 1,987.00 | NA | NA | 0.00 |
| | MIDLAND CREDIT MANAGEMENT | | 0.00 | NA | NA | 0.00 |
| | Midwest Title Loans | | 4,121.76 | NA | NA | 0.00 |
| | Mutual Management Services Inc | | 1,254.75 | NA | NA | 0.00 |
| | Mutual Management Services Inc c/o Attorney James C. Thompson | | 1,603.67 | NA | NA | 0.00 |
| | Omnicare | | 333.05 | NA | NA | 0.00 |
| | Palisades Collection LLC | | 533.06 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PayDay One | | 862.52 | NA | NA | 0.00 |
| | PennCredit | | 60.28 | NA | NA | 0.00 |
| | Primesource of Ohio | | 441.00 | NA | NA | 0.00 |
| | Rockford Gastroenterology Assoc | | 340.83 | NA | NA | 0.00 |
| | Rockford Health Systems | | 81.81 | NA | NA | 0.00 |
| | Rockford Health Systems Respectful Care | | 10,126.49 | NA | NA | 0.00 |
| | Rockford Mercantile Agency Inc | | 841.51 | NA | NA | 0.00 |
| | Royce Financial | | 322.00 | NA | NA | 0.00 |
| | SFC of Illinois, L.P. d/b/a Security Finance | | 335.00 | NA | NA | 0.00 |
| | Swedish American Hospital | | 75.45 | NA | NA | 0.00 |
| | Tate & Kirlin Associates | | 589.56 | NA | NA | 0.00 |
| | Tribute Card Service | | 1,018.44 | NA | NA | 0.00 |
| | VATIV Recovery Solutions LLC d/b/a SMC | | 0.00 | NA | NA | 0.00 |
| 1 | Crusader Clinic | 7100-000 | NA | 137.00 | 137.00 | 137.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Grant Park Auto Sales, Inc. | 7100-000 | NA | 5,762.00 | 0.00 | 0.00 |
| 3-2 | Grant Park Auto Sales, Inc. | 7100-000 | 3,599.00 | 5,762.00 | 5,762.00 | 5,762.00 |
| 2 | Midland Credit Management Inc. | 7100-000 | NA | 934.39 | 934.39 | 934.39 |
| 5 | Blue Cross Blue Shield Of Illinois | 7200-000 | NA | 20,118.45 | 20,118.45 | 15,744.10 |
| 6 | Rockford Health Physicians | 7200-000 | NA | 5,278.82 | 5,278.82 | 4,131.04 |
| 4 | SFC Central Bankruptcy | 7200-000 | NA | 330.00 | 330.00 | 258.25 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 60,316.45 | $ 38,322.66 | $ 32,560.66 | $ 26,966.78 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-81827 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | DIXON, SHIRLEY F. | | | | Date Filed (f) or Converted (c): | 07/15/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/20/2015 |
| For Period Ending: | 02/20/2019 | | | | Claims Bar Date: | 02/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Associated Bank/Checking | 210.00 | 0.00 | | 0.00 | FA |
| 2. Misc. household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Clothing and personal items | 400.00 | 0.00 | | 0.00 | FA |
| 4. 2006 Ford 500 (Does Not Run) | 300.00 | 0.00 | | 0.00 | FA |
| 5. Potential Personal Injury with Attorney Crosby | Unknown | 68,850.00 | | 105,073.88 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,910.00   $68,850.00   $105,073.88   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2018    Current Projected Date of Final Report (TFR): 12/31/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-81827 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: DIXON, SHIRLEY F. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9036 |
| | Checking |
| Taxpayer ID No: XX-XXX5769 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 02/20/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/20/18 | 5 | Crosby & Associates PC Iolta Account 475 Executive Parkway Rockford, IL 61107-6629 | Personal Injury Balance of funds being held in escrow by Attorney Crosby | 1142-000 | $5,073.88 | | $5,073.88 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,063.88 |
| 11/21/18 | 1101 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 2100-000 | | $250.00 | $4,813.88 |
| 11/21/18 | 1102 | SFC Central Bankruptcy PO Box 1893 Spartanburg, SC 29304 | Final distribution to claim 4 creditor account # debtor SS#<debtor ssn masked> representing a payment of 18.71 % per court order. | 7200-000 | | $61.75 | $4,752.13 |
| 11/21/18 | 1103 | Blue Cross Blue Shield Of Illinois 3405 Liberty Drive Springfield, Il 62704 | Final distribution to claim 5 creditor account # debtor SS#<debtor ssn masked> representing a payment of 18.71 % per court order. | 7200-000 | | $3,764.41 | $987.72 |
| 11/21/18 | 1104 | Rockford Health Physicians 2300 N. Rockton Avenue Rockford, IL 61103 | Final distribution to claim 6 creditor account # debtor SS#<debtor ssn masked> representing a payment of 18.71 % per court order. | 7200-000 | | $987.72 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,073.88 | $5,073.88 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,073.88 | $5,073.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,073.88 | $5,073.88 |

Page Subtotals: $5,073.88  $5,073.88

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-81827 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | DIXON, SHIRLEY F. | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX8566 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5769 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 02/20/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/14/16 | | Law Office of Crosby & Associates, P.C. 475 Executive Parkway Rockford, IL 61107-6629 | Gross personal injury settlement proceeds | | $11,476.44 | | $11,476.44 |
| | | | Gross Receipts    $11,476.44 | | | | |
| | | Attorneys Fees The Crosby Law Firm | Attorneys Fees The Crosby Law Firm    ($6,666.67) | 3210-000 | | | |
| | | Attorneys Fees The Crosby Law Firm | Attorneys Fees The Crosby Law Firm    ($706.89) | 3220-000 | | | |
| | | Lien paid Rockford | Lien paid Rockford    ($1,150.00) | 4220-000 | | | |
| | 5 | | Potential Personal Injury with Attorney Crosby    $20,000.00 | 1142-000 | | | |
| 03/14/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $10.00 | $11,466.44 |
| 03/31/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $15.89 | $11,450.55 |
| 05/31/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $15.87 | $11,434.68 |
| 06/08/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee Adjustment | 2600-000 | | ($41.76) | $11,476.44 |
| 06/30/16 | 105 | Shirley F. Dixon | Debtor's exemption portion per court Order dated 2/17/16 | 8100-002 | | $11,476.44 | $0.00 |
| 10/28/16 | | Law office of Crosby & Associates | personal injury settlement proceeds | | $37,888.36 | | $37,888.36 |
| | | | Gross Receipts    $37,888.36 | | | | |
| | | special counsel | special counsel    ($445.00) | 3220-000 | | | |

Page Subtotals:    $49,364.80    $11,476.44

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-81827 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | DIXON, SHIRLEY F. | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX8566 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5769 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 02/20/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | special counsel fees | special counsel fees ($26,666.64) | 3210-000 | | | |
| | | Blue Cross lien | Blue Cross lien ($10,000.00) | 4220-000 | | | |
| | | State Farm LIen | State Farm LIen ($5,000.00) | 4220-000 | | | |
| | 5 | | Potential Personal Injury with Attorney Crosby $80,000.00 | 1142-000 | | | |
| 11/02/16 | 110 | Shirley F. Dixon | Debtor's remaining personal injury exemption per court order dated 9/14/16 | 8100-002 | | $3,523.56 | $34,364.80 |
| 12/28/16 | 111 | Ehrmann Gehlbach Badger Lee & Considine, LLC 215 E. First Street Dixon, IL 61021 | Dividend paid 100.00% on $4,510.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | $4,510.00 | $29,854.80 |
| 12/28/16 | 112 | Ehrmann Gehlbach Badger Lee & Considine, LLC 215 E. First Street Dixon, IL 61021 | Dividend paid 100.00% on $196.22, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | $196.22 | $29,658.58 |
| 12/28/16 | 113 | Crusader Clinic 1200 West State Street Rockford, IL 61102 | Dividend paid 100.00% on $137.00; Claim# 1; Filed: $137.00; Reference: | 7100-000 | | $137.00 | $29,521.58 |
| 12/28/16 | 114 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC PO Box 2011 Warren, MI 48090 | Dividend paid 100.00% on $934.39; Claim# 2; Filed: $934.39; Reference: | 7100-000 | | $934.39 | $28,587.19 |
| 12/28/16 | 115 | Grant Park Auto Sales, Inc. 908 Broadway Rockford, IL 61104 | Dividend paid 100.00% on $5,762.00; Claim# 3 -2; Filed: $5,762.00; Reference: | 7100-000 | | $5,762.00 | $22,825.19 |
| 12/28/16 | 116 | SFC Central Bankruptcy PO Box 1893 Spartanburg, SC 29304 | Dividend paid 59.54% on $330.00; Claim# 4; Filed: $330.00; Reference: | 7200-000 | | $196.50 | $22,628.69 |
| 12/28/16 | 117 | Blue Cross Blue Shield of Illinois 3405 Liberty Drive Springfield, IL 62704 | Dividend paid 59.54% on $20,118.45; Claim# 5; Filed: $30,118.45; Reference: | 7200-000 | | $11,979.69 | $10,649.00 |
| 12/28/16 | 118 | Rockford Health Physicians 2300 N Rockton, Ave Rockford, IL 61103 | Dividend paid 59.54% on $5,278.82; Claim# 6; Filed: $5,278.82; Reference: | 7200-000 | | $3,143.32 | $7,505.68 |
| | | | Page Subtotals: | | $0.00 | $30,382.68 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-81827 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: DIXON, SHIRLEY F. | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX8566 |
| | Checking |
| Taxpayer ID No: XX-XXX5769 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 02/20/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/16 | 119 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | $7,505.68 | $0.00 |
| | | Heeg, Megan S | Dividend paid 100.00% on $5,686.78; Claim# ;Filed: $5,686.78 | ($7,500.00) 2100-000 | | | |
| | | Heeg, Megan S | Dividend paid 100.00% on $130.97; Claim# ;Filed: $130.97 | ($5.68) 2200-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $100,000.00 | $100,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $100,000.00 | $100,000.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $100,000.00 | $85,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $7,505.68 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-81827  
Case Name: DIXON, SHIRLEY F.  
Taxpayer ID No: XX-XXX5769  
For Period Ending: 02/20/2019  

Trustee Name: BERNARD J. NATALE, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0017  
Checking  
Blanket Bond (per case limit): $3,000.00  
Separate Bond (if applicable):  

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | Deposits ($) | Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  | No Transactions |  |  |  |  | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:    $0.00    $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0017 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX8566 - Checking | $100,000.00 | $85,000.00 | $0.00 |
| XXXXXX9036 - Checking | $5,073.88 | $5,073.88 | $0.00 |
|  | $105,073.88 | $90,073.88 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $105,073.88 |
| Total Gross Receipts: | $105,073.88 |